SEALED

FILED
FEB 08 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

S. MARTIN-GILL

MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
DAVID L. GAPPA
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18 CR 00027 DAD BAM |
| Plaintiff, | |
| v. | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(E), FEDERAL RULES OF CRIMINAL PROCEDURE |
| APRIL MILLS, | |
| Defendant. | |

The United States of America moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 8, 2018, charging the above defendant with violations of 18 U.S.C. Section 1028(a)(1) and Section 2 - Unlawful Production of an Identification Document and Aiding and Abetting, be kept secret until the defendant named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except where necessary for the issuance and execution of the

warrant.

DATED: February 8, 2018

MCGREGOR W. SCOTT
United States Attorney

By: _____
HENRY Z. CARBAJAL III
Assistant U.S. Attorney

IT IS SO ORDERED this ____ day of February 8, 2018

_____
U.S. Magistrate Judge