

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00027 DAD-BAM |
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| APRIL MILLS, | |
| Defendant. | |

The indictment in this case having been sealed by order of this Court on February 8, 2018 and it appearing that such indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED: February 13, 2018        BY _____
                                BARBARA A. MCAULIFFE
                                United States Magistrate Judge

1