MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
DAVID L. GAPPA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00027 DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO RESET CHANGE OF PLEA HEARING; ORDER |
| v. | Date: February 18, 2020 |
| APRIL MILLS, | Time: 10:00 a.m. |
| | Judge: Hon. Dale A. Drozd |
| Defendant. | Courtroom No. 5 |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on January 27, 2020, at 10:00 a.m.

2. By this stipulation, the parties now move to continue and reset the matter for change of plea before the Court for **February 18, 2020, at 10:00 a.m.**, and to exclude time between the date of this stipulation and February 18, 2020 under 18 U.S.C. §§ 3161(h)(1)(G), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Defendant Mills and the government are currently finalizing plea negotiations. In connection with this process, defense counsel requested additional investigative information from the government. Counsel for the government anticipates being able to address defense counsel's requests in the next few weeks, and being able to ultimately resolve the matter and finalize and file the parties' plea agreement for the Court's consideration. Thus, the parties request that the current change of plea hearing being continued and reset to February 18, 2020, at 10:00 a.m.

b. By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through and including January 27, 2020. In an abundance of caution, the parties also request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of this stipulation through and including February 18, 2020, to allow defendant to continue to consult with counsel, and to prepare for and attend a change of plea hearing, and for additional defense investigation.

c. Counsel for defendant believes that failure to grant the above-requested continuance/time exclusion would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to, agrees to, and jointly requests the continuance/time exclusion.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to February 18, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(G), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at

2

defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 23, 2020

By: /s/Carrie McCreary
CARRIE MCCREARY
Attorney for Defendant
APRIL MILLS

DATED: January 23, 2020

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

# O R D E R

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the change of plea hearing is continued to February 18, 2020 at 10:00 a.m. before the Honorable Dale A. Drozd, and that the time period between January 27, 2019, and February 18, 2020, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(G), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: **January 23, 2020**

UNITED STATES DISTRICT JUDGE