1 | PHILLIP A. TALBERT
United States Attorney
2 | HENRY Z. CARBAJAL III
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
Attorneys for Plaintiff
6 | United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00027-DAD-BAM |
|---|---|
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| APRIL MILLS, | |
| Defendant. | |

On November 15, 2021, defendant April Mills entered a guilty plea to Count One – Unlawful Production of an Identification Document in violation of 18 U.S.C. § 1028(a)(1) of the Indictment.

As part of her plea agreement with the United States, defendant April Mills agreed to forfeit voluntarily and immediately up to $40,000.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1028(a)(1), to which she has pled guilty. See Defendant Mills' Plea Agreement ¶ II.F. As the defendant's PSR noted the defendant's profit from her criminal activity was approximately $32,400, Plaintiff hereby applies for entry of a money judgment as follows:

1.    Pursuant to 18 U.S.C. §§ 982(a)(2)(B), 1028(b), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant April Mills in the amount of $32,400.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant April Mills' conviction for violating 18 U.S.C. § 1028(a)(1) (Count One).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to U.S. Customs and Border Protection, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Customs and Border Protection or Homeland Security Investigations, in its secure custody and control.

Dated:  February 9, 2022

PHILLIP A. TALBERT  
United States Attorney

/s/ Henry Z. Carbajal III  
HENRY Z. CARBAJAL III  
Assistant U.S. Attorney

## **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant April Mills in the amount of $32,400.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Customs and Border Protection or Homeland Security Investigations, in its secure custody and control.

IT IS SO ORDERED.

Dated:  **February 9, 2022**

UNITED STATES DISTRICT JUDGE

2